# EXHIBIT A



**New York State Unified Court System**



# *WebCivil Supreme - eFiled Documents Detail*

Court:
Index Number:
Case Name:

**Document List -** Click on the document name to view the document

| Document # | Date Received/Filed | Document | Description | Motion # | Filing User |
|---|---|---|---|---|---|
| 1 | 09/16/2024 | SUMMONS + COMPLAINT | --none-- | | JEFFREY L. KESSLER |
| 2 | 09/16/2024 | DISCLOSURE STATEMENT | Plaintiff's Corporate Disclosure Statement | | JEFFREY L. KESSLER |
| 3 | 09/19/2024 | AFFIRMATION/AFFIDAVIT OF SERVICE | Affidavit of Service of Summons and Complaint upon FanDuel Inc. | | JEFFREY L. KESSLER |
| 4 | 09/23/2024 | SUMMONS - SUPPLEMENTAL (PRE RJI) | --none-- | | JEFFREY L. KESSLER |
| 5 | 09/23/2024 | COMPLAINT (AMENDED) | --none-- | | JEFFREY L. KESSLER |
| 6 | 10/08/2024 | STIPULATION - TIME TO ANSWER | Stipulation Extending Defendants' Time to Respond to Plaintiff's Amended Complaint | | ISLEY DRUE MARKMAN |
| 7 PENDING | 10/18/2024 | RJI -RE: OTHER | Request for Judicial Intervention, Request for Transfer to Commercial Division in the event case is remanded after removal | | ISLEY DRUE MARKMAN |
| 8 PENDING | 10/18/2024 | ADDENDUM - COMMERCIAL DIVISION (840C) | --none-- | | ISLEY DRUE MARKMAN |

Close