UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MLB PLAYERS INC.,<br><br>   Plaintiff,<br><br>  v.<br><br>UNDERDOG SPORTS, INC., d/b/a Underdog Fantasy, UNDERDOG SPORTS, LLC, UNDERDOG SPORTS WAGERING, LLC,<br><br>  and<br><br>FANDUEL INC.,<br><br>   Defendants. | Case No.  1:24-cv-7958 |

**RULE 7.1 STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Defendant FanDuel Inc. (a private non-governmental party) certifies the following:

FanDuel Inc. states that its parent company is FanDuel Group Parent, LLC, which is owned by TSE Holdings Ltd. and Boyd Interactive Gaming, Holdings LLC.  TSE Holdings Ltd. is a subsidiary of Flutter Entertainment plc through Betfair Group Limited and The Sporting Exchange Ltd.  Flutter Entertainment plc, a publicly traded company, is the ultimate parent of FanDuel Inc.

Dated: October 18, 2024
   New York, New York

Respectfully submitted,

 /s/  *Scott E. Lerner*
Tara M. Lee
Scott E. Lerner
Anna B. Naydonov (*pro hac vice* forthcoming)
Benedict S. Bernstein (*pro hac vice* forthcoming)
WHITE & CASE LLP

701 Thirteenth Street, NW
Washington, D.C. 20005
Telephone:    + 1 202 626 3600
Facsimile:    + 1 202 639 9355
tara.lee@whitecase.com
scott.lerner@whitecase.com
anna.naydonov@whitecase.com
benedict.bernstein@whitecase.com

*Counsel for Defendant FanDuel Inc.*