

200 Park Avenue
New York, NY 10166
T +1 (212) 294-6700
F +1 (212) 294-4700

NORTH AMERICA   SOUTH AMERICA   EUROPE   ASIA

**JEFFREY L. KESSLER**
Partner
(212) 294-4698
JKessler@winston.com

November 7, 2024

<u>VIA ECF</u>

Honorable Ronnie Abrams
United States District Court for the Southern District of New York
40 Foley Square, Room 2203
New York, NY 10007

Re:   *MLB Players, Inc. v. Underdog Sports, Inc. and FanDuel Inc.*, No. 24-cv-7958

Dear Judge Abrams:

We represent Plaintiff MLB Players Inc. ("MLBPI") in the above captioned matter against FanDuel Inc. ("FanDuel"), Underdog Sports Inc., Underdog Sports, LLC, and Underdog Sports Wagering LLC ("Underdog") (collectively with FanDuel, "Defendants"). Pursuant to your Honor's Individual Rules and Practices § 1(D), I write to respectfully request an adjournment of the deadlines set forth in the Court's October 23, 2024 Order and Notice of Initial Conference (Dkt. 11) until this Court rules on MLBPI's forthcoming motion to remand, the briefing schedule for which was set by the Court on October 24, 2024 (Dkt. 13). The deadlines that MLBPI seeks to adjourn are the: (i) November 14, 2024 deadline to submit a joint letter; (ii) November 14, 2024 deadline to submit a joint proposed case management plan and scheduling order; and (iii) initial status conference currently scheduled for November 21, 2024.

Defendants FanDuel and Underdog have consented to this request. This is MLBPI's first request for an adjournment of the above deadlines.

Respectfully,

*/s/ Jeffrey L. Kessler*
Jeffrey L. Kessler

cc: All counsel (via ECF)

Application granted.

SO ORDERED.

_____
Hon. Ronnie Abrams
November 8, 2024