UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MLB PLAYERS INC., <br><br> Plaintiff, <br><br> v. <br><br> UNDERDOG SPORTS, INC. d/b/a Underdog Fantasy, UNDERDOG SPORTS, LLC and UNDERDOG SPORTS WAGERING, LLC, <br><br> Defendants. | 24-cv-7958 (RA) <br><br> <u>ORDER</u> |

RONNIE ABRAMS, United States District Judge:

    Oral argument will be held on Plaintiff's Motion to Remand on May 22, 2025 at 11:00 a.m. at the Thurgood Marshall United States Courthouse, Courtroom 1506, 40 Foley Square, New York, NY 10007. If that date and time is inconvenient for either party, they shall promptly notify the Court.

SO ORDERED.

Dated:    May 1, 2025
             New York, New York

                                                                           Ronnie Abrams
                                                                           United States District Judge