IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MLB PLAYERS, INC., <br><br>                       *Plaintiff,* <br><br> v. <br><br> UNDERDOG SPORTS, INC., *d/b/a Underdog Fantasy*, UNDERDOG SPORTS, LLC, UNDERDOG SPORTS WAGERING, LLC, <br><br>                       *Defendants.* | Case No. 24-cv-07958-RA <br><br> Hon. Ronnie Abrams |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), MLB Players, Inc., Underdog Sports, Inc., Underdog Sports LLC, and Underdog Wagering LLC hereby jointly (a) stipulate that all claims in the above-captioned action are to be dismissed with prejudice, with each party to bear its own costs and attorneys' fees, and (b) request that the Court enter the attached proposed order.

Dated: May 19, 2025

*[signature]*                                           *[signature]*

**WILMER CUTLER PICKERING HALE AND DORR LLP**
David Gringer
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel.: (212) 230-8800
Email: david.gringer@wilmerhale.com

Isley Gostin
2100 Pennsylvania Avenue NW
Washington, DC 20037
Tel.: (202) 663-6000
Email: isley.gostin@wilmerhale.com

*Counsel for Underdog Sports, Inc. Underdog Sports LLC, and Underdog Wagering LLC*

**WINSTON & STRAWN LLP**
Diana H. Leiden (admitted pro hac vice)
333 S. Grand Avenue
Los Angeles, CA 90071-1543
Telephone: (213) 615-1700
dhleiden@winston.com

Jeffrey L. Kessler
David L. Greenspan
Robert S. Pannullo
200 Park Avenue
New York, NY 10166-4193
Telephone: (212) 294-4700
jkessler@winston.com
dgreenspan@winston.com
rpannullo@winston.com

*Counsel for Plaintiff MLB Players Inc.*