IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MLB PLAYERS, INC., *Plaintiff,* v. UNDERDOG SPORTS, INC., *d/b/a Underdog Fantasy*, UNDERDOG SPORTS, LLC, UNDERDOG SPORTS WAGERING, LLC, *Defendants.* | Case No. 24-cv-07958-RA Hon. Ronnie Abrams |

## [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE

Upon consideration of Stipulation of Dismissal With Prejudice, it is hereby ORDERED that all claims in the above-captioned case are dismissed <u>with prejudice</u>, with each party to bear its own costs and attorneys' fees. The oral argument scheduled for May 22, 2025 is hereby canceled.

Dated: May 20, 2025

_____
Hon. Ronnie Abrams
United States District Judge

- 2 -